UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANTONIO GARCIA,                          :
                                         :
        Petitioner                       :
                                         :
    v.                                   :   CIVIL NO. 1:CV-00-0803
                                         :
BUREAU OF PRISONS,                       :   (Judge Kane)
                                         :
        Respondent                       :

FILED
HARRISBURG, PA

JUN 26 2000

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

ORDER

NOW, THIS 26th DAY OF June, 2000, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

_____
YVETTE KANE
United States District Judge

YK:dlb

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

### CLERK'S OFFICE
### HARRISBURG DIVISION

Mary D'Andrea, Clerk



TO: _Ian_

FROM: _George_

COMMENTS: _Show Cause Order_

THIS FACSIMILE CONTAINS A TOTAL OF 3 PAGES INCLUDING THIS SHEET.

PLEASE CALL IF THIS FAX IS
INCOMPLETE.
PHONE NUMBER: (717) 221-3920
FAX NUMBER:   (717) 221-3959

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PENNSYLVANIA 17108