UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANTONIO GARCIA,
   Petitioner
      v.      Civil No. 1:CV-00-0803
          (Kane, J.)
BUREAU OF PRISONS,
   Respondent

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE OF NEW COUNSEL

Please withdraw my appearance as Counsel of Record for the Bureau of Prisons, respondent in the captioned case.

Respectfully submitted

MARTIN C. CARLSON
United States Attorney

FILED
WILLIAMSPORT, PA
SEP 20 2001
MARY E. D'ANDREA, CLERK
Per ___KF___
DEPUTY CLERK

Dated: 8/31/01

DULCE DONOVAN
Assistant U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703
(570) 326-1935

### ENTRY OF APPEARANCE

Please enter my appearance as Counsel of Record for the Bureau of Prisons, respondent in the captioned case.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

Dated: 9-4-01

MATTHEW E. HAGGERTY
Assistant U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA 17703
(570) 326-1935

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANTONIO GARCIA,
      Petitioner

v.      :  Civil No. 1:CV-00-0803
      :  (Kane, J.)

BUREAU OF PRISONS,
      Respondent

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on September 20, 2001, she served a copy of the attached

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE OF NEW COUNSEL

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Antonio Garcia
Reg. No. 42994-054
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

_Michele E. Lincalis_
MICHELE E. LINCALIS
Paralegal Specialist